UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**, <br><br> Plaintiff, <br><br> v. <br><br> **Cow Hollow Motor Inn Associates, L.P.,** a California Limited Partnership; and Does 1-10, <br><br> Defendants. | Case: No. 3:20-cv-07525-SK <br><br> **ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION** |

The Court HEREBY DENIES Defendant's Administrative Motion for relief from General Order 56. Defendant is admonished that it is required to email proposed orders in Microsoft Word format to skpo@cand.uscourts.gov

**IT IS SO ORDERED.**

Dated: March 11, 2021    _____
                         HONORABLE SALLIE KIM
                         UNITED STATES MAGISTRATE JUDGE